## First Department, April, 1937.
### (April 2, 1937.)

Ellen Lederer and Others, as Trustees, Appellants, v. Wise Shoe Company, Inc., and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of The City of New York, Petitioner, for a Certiorari Order against William G. Fullen and Others, Commissioners, Constituting the Transit Commission, Being the Metropolitan Division of the Department of Public Service of the State of New York, and The Transit Commission, and Bee Line, Inc., as Intervenor, Respondents.— Order of certiorari unanimously dismissed, and determination of respondent, The Transit Commission, confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

Margaret Curran, Respondent, v. Alexander's Ladies Wear, Inc., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,624.50; in which event the judgment, as so modified, is affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.; O'Malley and Dore, JJ., dissent and vote for affirmance. Settle order on notice.

In the Matter of the Judicial Settlement of the Intermediate Account of Irving Trust Company, as Trustee under the Will of William Henry Hall, for the Benefit of Elizabeth Neare, and for a Construction of Said Will. Henry J. S. Hall, as Administrator, etc., of Stuart E. Hall, Deceased, and Alice Hall Dowling and Julia Hall Elliott and Others, Appellants, Irving Trust Company, as Trustee, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Transfer Tax upon the Estate of Nathan Weiss, Deceased. State Tax Commission, Appellant, Joseph D. Weiss and Others, Executors, etc., of Nathan Weiss, Deceased, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

Frank Zanghi, Respondent, v. Albert Di Marco, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

E. R. Squibb & Sons, Inc., Respondent, v. New York Dock Railway, Appellant, Impleaded with Another.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

Compania " Ron Bacardi," S. A., Respondent, v. B. P. Hotel Co., Inc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.